PER CURIAM., Arkansas inmate Deverick Scott appeals after the District Court[1] granted summary judgment to certain defendants in his 42 U.S.C. § 1983 action. Scott identifies no valid basis, and we discern none, for overturning the District Court’s assessment of the merits of his asserted claims. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (standard of review). The judgment is affirmed. See 8th Cir. R. 47B. . The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kear-ney, United States Magistrate Judge for the Eastern District of Arkansas.